IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY HOLLIDAY                                                                                    PLAINTIFF

v.                                    No. 6:15-CV-06061

JUDGE VAN HOOK; and
CIRCUIT COURT CLERK
CHERYL COCHRAN-WILSON                                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 16) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the Magistrate's report contains no clear error and that the report and recommendations should be, and hereby are, approved and adopted in all respects.

IT IS THEREFORE ORDERED that Plaintiff Johnny Holliday's motion for leave to appeal in forma pauperis (Doc. 14) is DENIED.

IT IS SO ORDERED this 18th day of July, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE